# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-14433 |
| Anthony Wallace, | ) | Honorable A. Benjamin Goldgar |
| | ) | Chapter 13 |
| DEBTOR. | ) | |

## **NOTICE OF MOTION**

TO:  Marilyn O Marshall, Chapter 13 Trustee, 224 S. Michigan Ave., STE 800, Chicago, IL 60604, via ECF;

See attached service list.

PLEASE TAKE NOTICE that on November 7, 2023, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, either in courtroom **642** of the Federal Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the attached motion and you may appear if you so choose

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. Then enter the meeting ID and password.
**Meeting ID and password**. The meeting ID for this hearing is **161 319 7225** and the password is **584922**. The meeting ID and password can also be found on the judge's page on the court's web site.
**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ John Wonais
Wonais Law, LLC
11070 S. Western Ave, STE 9
Chicago, IL 60643

# CERTIFICATE OF SERVICE

I, John Wonais, hereby certify that under penalty of perjury under the laws of the United State of America that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown by U.S. Mail with postage prepaid from mailbox located at 777 N. Michigan Ave., Chicago, IL 60611 on October 31, 2023.

By: /s/ John Wonais
Wonais Law, LLC
11070 S. Western Ave, STE 9
Chicago, IL 60643
(312) 883-5422
john@wonaislaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-14433<br>Northern District of Illinois<br>Eastern Division<br>Tue Oct 31 12:39:51 CDT 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Arnold Scott Harris<br>111 W Jackson Blvd STE 600<br>Chicago, IL 60604-3517 |
| Brinks<br>7958 Crest Hills Dr<br>Loves Park, IL 61111-8300 | Brinks Home Security<br>Attn: Bankruptcy<br>Po Box 814530<br>Dallas, TX 75381-4530 | Bruce Slivnick<br>707 Lake Cook Rd. STE 316<br>Deerfield, IL 60015-4933 |
| COMED<br>PO BOX 6111<br>Carol Stream, IL 60197-6111 | City of Chicago Dept. of Law BK<br>121 N. LaSalle St., STE 400<br>Chicago, IL 60602-1264 | City of Country Club Hills<br>PO BOX 7690<br>Carol Stream, IL 60197-7690 |
| City of Country Club Hills Water<br>PO BOX 7690<br>Carol Stream, IL 60197-7690 | Codilis Associates C/O NewRez<br>15W030 North Frontage Rd.<br>STE 100<br>Willowbrook, IL 60527-6921 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Flossmoor Animal Hospital<br>19581 Governors Hwy<br>Flossmoor, IL 60422-2035 | Fortiva<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Frist American Bank<br>6200 W. 95th St.<br>Oak Lawn, IL 60453-2777 |
| IRS<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Illinois Tollway<br>2700 Ogden Ave, Downers Grove<br>Downers Grove, IL 60515 | Kelvin Hawthorne<br>1142 W 53rd<br>Merrillville, IN 46410-1354 |
| Maureen Gibsom<br>3335 S. Hamiton<br>Chicago, IL 60608-6033 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507-0549 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 |
| comcast<br>PO Box 2399<br>Warminster, PA 18974-0040 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Anthony Wallace<br>18034 Ravisloe Terrace<br>Country Club Hills, IL 60478-5137 |
| John P Wonais<br>Wonais Law, LLC<br>11070 S. Western Ave., STE 9<br>Chicago, IL 60643-3928 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

home depot
PO Box 6028
The Lakes, NV 88901-6028

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Comed | End of Label Matrix |
| PO Box 6111 | Mailable recipients    26 |
| Carol Stream, IL 60197-6111 | Bypassed recipients    1 |
| | Total    27 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-14433 |
| Anthony Wallace, ) | Honorable A. Benjamin Goldgar |
| ) | Chapter 13 |
| DEBTOR. ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES Anthony Wallace, Debtor, by and through his attorneys, Wonais Law, LLC, and moves this Honorable Court to extend the automatic stay, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code on 10/27/2023 and a plan of reorganization on 10/27/2023. Debtor's confirmation hearing is 12/19/2023. This case has not yet been confirmed by this Honorable Court.

3. The Debtor is requesting this Honorable Court to extend the automatic stay pursuant to Section 326 (c)(3)(B).

4. The Debtor previously a prior case dismissed within the past year. Debtor's prior case, case number 23-01824, was filed on 02/13/2023 and dismissed on 08/31/2023 for failure to make plan payments.

    a. In Debtor's prior case, Debtor was laid off for approximately 4 months and had no income during that period.

    b. As a result of Debtor's lack of income, he was unable to make his Chapter 13 plan payments and the case was dismissed.

5. The Debtor's circumstances have changed as follows (see affidavit attached as *Exhibits A, B, C*):

    a. In Debtor's current case, he is working full-time at Sears and has been there for the past 2-3 months.

    b. In Debtor's current case, he does not anticipate being laid off.

    c. In the current case, Debtor will submit to payroll control.

    d. As result of Debtor obtaining a full-time job, he will be able to afford his Chapter 13 plan payments.

6. That Debtor is filing the instant case in good faith and intends to complete the Chapter 13 Plan.

7. That, equitably, the stay should be extended.

WHEREFORE, the Debtor, Anthony Wallace, prays this Court for the following relief:

A. That this Honorable Court extend the automatic stay for the reasons set for above; and

B. For such other and further relief this court deems just and proper.

Respectfully Submitted,

By: /s/ *John Wonais*
Attorney for Debtor
Wonais Law, LLC
11070 S. Western Ave, STE 9
Chicago, IL 60643
(312) 883-5422

\