IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No.
Anthony Wallace ) Chapter 13
) Cook County
)

## AFFIDAVIT OF ANTHONY WALLACE

I, Anthony Wallace, on oath and having been sworn, state and aver the following:

1. That my name is Anthony Wallace.
2. That my previous case, 23-01824, filed on 02/13/2023, was dismissed on 08/31/2023 for failure to make plan payments.
3. That in my previous case, I was off work for approximately 4 months.
4. That the lack of income caused me to fall behind on my Chapter 13 payments.
5. That in my current case, I am now working full-time at Sears and have been there for the past 3 months.
6. That in my current case, I can afford the Chapter 13 payments and have reduced some of my monthly expenses.
7. That in my current case, I will submit to payroll control.
8. That I am able to proceed and have filed this case in good faith.

Further Affiant Sayeth Not.
Dated: the 27th Day of October 2023

_____
Anthony Wallace

SUBSCRIBED AND SWORN before me
Dated: the 1st Day of October, 2023.

_____
NOTARY PUBLIC

MODINAT LAWAL
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 31, 2026