UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                   )          BK No.:    23-14433
Anthony Wallace                          )
                                         )          Chapter: 13
                                         )
                                         )          Honorable A. Benjamin Goldgar
                                         )
                                         )
                    Debtor(s)            )

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

This case coming to be heard on the debtor's motion to extend the stay, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted.   The stay is extended as to all creditors under Section 362(c)(3)(B).

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  November 07, 2023

**Prepared by:**

Wonais Law, LLC
11070 S. Western Ave. STE 9
Chicago, IL 60647
(312) 883-5422