UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 23-14433
Anthony Wallace )
 )  Chapter: 13
 )  Honorable A. Benjamin Goldgar
 )
 )
Debtor(s) )

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: February 06, 2024

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300